IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 7** |
| Landon Aeron Williams | : | Case No. **5:19-bk-05046** |
| aka Landon A. Williams | : | |
| aka Landon Williams | : | |
| Marcy Beth Williams | : | |
| aka Marcy B. Williams | : | |
| aka Marcy Williams | : | |
| aka Marcy Beth Sloan | : | |
| Debtors**,** | : | |
| | : | |
| Landon Aeron Williams | : | Motion for Contempt |
| Marcy Beth Williams | : | |
| Movants, | : | |
| v. | : | |
| Bon Secours Community Hospital, | : | |
| Respondent. | : | |

**ORDER**

Upon consideration of the **Motion for Contempt** filed by Debtors/Movants, it is hereby

ORDERED as follows:

1. The Court finds Respondent, Bon Secours Community Hospital, in contempt for violating the discharge injunction as provided in 11 U.S.C. 524(a)(2);

2. Respondent is ORDERED pay the sum of $_____ to Debtors/Movants as actual damages, court costs, and attorney's fees;

3. Respondent is ORDERED pay the sum of $_____ to Debtors/Movants as punitive damages.