# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Landon Aeron Williams
aka Landon A. Williams, aka Landon Williams

**Debtor 1**

Marcy Beth Williams
aka Marcy B. Williams, aka Marcy Williams, aka Marcy Beth Sloan

**Debtor 2**

Chapter: 7

Case number: 5:19–bk–05046–RNO

Document Number: 26

Matter: Motion for contempt citation and damages

Landon Aeron Williams :
Marcy Beth William
**Movant(s)**

vs.

Bon Secours Community Hospital
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on November 26, 2019.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes–Barre, PA 18701** | **Date: 9/10/20** <br> **Time: 09:30 AM** |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **September 2, 2020**.

Any objection/response filed will be heard at the above scheduled hearing.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CourtneyWojtowicz, Deputy Clerk

| | |
|---|---|
| (570) 831–2500 | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 12, 2020 |

nthrgreq(02/19)